16295. TENNILLE BANKING CO. *v.* CONTINENTAL TRUST CO.

LUKE, J. The decision of the vital issue in this case is controlled by the ruling in the first headnote and subdivision thereof, in the case of *Continental Trust Co.* v. *Bank of Harrison,* 36 *Ga. App.* 149 (134 S. E. 775). See *Tennille Banking Co.* v. *Continental Trust Co.,* 162 *Ga.* 766 (134 S. E. 778). Though the judgment in the Bank of Harrison case, supra, is affirmed by this court, the judgment in the present case, because of a different verdict having been rendered in the trial court, is

*Reversed. Broyles, C. J., concurs. Bloodworth, J., absent on account of illness.*

DECIDED DECEMBER 14, 1926. REHEARING DENIED JANUARY 11, 1927.

Complaint; from Fulton superior court—Judge Ellis. January 24, 1925.

*E. W. Jordan, Hardwick & Jordan,* for plaintiff.

*Anderson, Rountree & Crenshaw, Bryan & Middlebrooks,* for defendant.